2d Cir. Certiorari denied. *Herman E. Cooper* and *H. Howard Ostrin* for petitioners. *Solicitor General Perlman, Robert N. Denham, David P. Findling* and *Fannie M. Boyls* for respondent.

No. 492. MISSOURI-KANSAS-TEXAS RAILROAD Co. *v.* OKLAHOMA EX REL. COMMISSIONERS OF THE LAND OFFICE OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied. *W. F. Semple* for petitioner.

No. 504. UNITED STATES NATIONAL BANK OF DENVER ET AL. *v.* BARTGES. Supreme Court of Colorado. Certiorari denied. *John P. Akolt* for petitioners. *John F. Eberhardt* for respondent.

No. 505. TRANSPORT, TRADING & TERMINAL CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Arthur A. Ballantine* and *Charles C. MacLean, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 508. OWENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

Nos. 510 and 511. CHICAGO TRANSIT AUTHORITY *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. *Werner W. Schroeder* for petitioner. *John S. Boyle, Gordon B. Nash* and *Melvin F. Wingersky* for the State of